IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GLENN JULIUS, | ) Cause No. 1:12-cv-0363-SEB-TAB |
| Plaintiff, | ) |
| v. | ) |
| CLEAR CHOICE FINANCIAL-BAY CAPITAL CORP.; MORTGAGE ELECTRONIC REGISTRATION CORP.; HSBC FINANCE CORPORATION; HSBC MORTGAGE SERVICES, INC.; and JOHN DOES ONE THOUGH JOHN DOES TEN, | ) |
| Defendants. | ) |

**DEFENDANT HSBC MORTGAGE SERVICES INC.'S CORPORATE DISCLOSURE**

Defendant, HSBC Mortgage Services Inc., by counsel, pursuant to Federal Rule of Civil Procedure 7.1discloses the following:

HSBC Mortgage Services Inc. is a wholly-owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly-owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange. Additionally, preferred shares and debt securities of various HSBC, Household International, Inc., Household Finance Corporation, and Beneficial Corporation entities are also publicly traded in the United States.

FROST BROWN TODD LLC

By: */s/ Jacob V. Bradley*
 Lucy R. Dollens, #23547-49
 Jacob V. Bradley, #27750-49

Attorneys for HSBC Mortgage Services Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on 27th day of June, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ryan S. McCrosson
MCCROSSON & ASSOCIATES
6249 U.S. Highway 31 South, Ste A
Indianapolis, IN 46227

              */s/Jacob V. Bradley*
               Jacob V. Bradley

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Fax::  (317) 237-3900
ldollens@fbtlaw.com
jbradley@fbtlaw.com

INDLibrary2 LR07000.0954423   1135626v1